NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**W.Y. INDUSTRIES, INC.,**
*Plaintiff-Appellee,*

**v.**

**KARI-OUT CLUB, LLC, formerly known as KARI-OUT KLUB, LLC, doing business as KARI-OUT COMPANY, AND PERK-UP, INC., also known as KARI-OUT, INC., AND TRIPAK INDUSTRIAL USA, LLC,**
*Defendants-Appellants,*

**AND**

**JOHN DOES NUMBER 1-10, AND ABC COMPANIES NUMBER 1-10,**
*Defendants.*

---

2013-1189

---

Appeal from the United States District Court for the District of New Jersey in No. 08-CV-5349, Judge Susan D. Wigenton.

---

**JUDGMENT**

---

DENNIS F. GLEASON, Jardim, Meisner & Susser, P.C., of Florham Park, New Jersey, argued for the plaintiff-appellee.

ARTHUR M. PESLAK, Gertner Mandel & Peslak, LLC, of Lakewood, New Jersey, argued for the defendants-appellants.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 12, 2013 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |